# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00776-CR

---

**Eugene John Miller, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 21ST DISTRICT COURT OF LEE COUNTY**
**NO. 10,247, THE HONORABLE REVA TOWSLEE-CORBETT, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

We grant appellant Eugene John Miller's pro se motion to dismiss his appeal. *See*
Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed on Appellant's Motion

Filed: December 15, 2023

Do Not Publish